1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar # 091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DARIAN A. ESPINOZA

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 5:11-mj-00031 JLT
                                    )
12              Plaintiff,          )   WAIVER OF DEFENDANT'S PERSONAL
                                    )   PRESENCE; [PROPOSED] ORDER THEREON
13         v.                       )
                                    )
14 DARIAN A. ESPINOZA,              )   Judge: Hon. Jennifer L. Thurston
                                    )
15              Defendant.          )
                                    )
16 _____  )

17

18      Pursuant to Fed. R. Crim. P. 43(a)(1), (b)(3) and (c)(2), defendant, Darian A. Espinoza, having

19 been advised of her right to be present at any and all review proceedings, hereby requests that this Court

20 proceed in her absence on every occasion that the Court may permit pursuant to this waiver.

21      Defendant makes this request as she is expecting a child on November 18, 2011, and will find

22 travel to Bakersfield difficult on the date of the next court appearance. At this time, travel to the Court

23 would be both a financial and personal hardship. Defendant wishes to limit the number of personal court

24 appearances and minimize the time and expense of travel to court.

25 ///

26 ///

27 ///

28 ///

This request is made pursuant to Fed.R.Crim.P. 43(b)(2) and (3).

DATED: November 2, 2011

_____
DARIAN ESPINOZA
Defendant

DATED: Dec 6, 2011

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

# ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all review proceedings until further order.

DATED: Dec 6, 2011

_____
Jennifer L. Thurston, Magistrate Judge
United States District Court